GEORGE A. RILEY (S.B. #118304) griley@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

DAVID M. FURBUSH (S.B. #83447) dfurbush@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone:   (650) 473-2600
Facsimile:   (650) 473-2601

Attorneys for Nominal Defendant
Apple Computer, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION, Derivatively on Behalf of Nominal Defendant APPLE COMPUTER, INC.,<br>　　　　　　　　Plaintiff,<br>　　v.<br>STEVEN P. JOBS, MICHAEL H. SPINDLER, IAN DIERY, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH, FRED D. ANDERSON, GUERRINO DE LUCA, JONATHAN RUBINSTEIN, ROBERT CALDERONI, MITCHELL MANDICH, TIMOTHY D. COOK, RONALD B. JOHNSON, AVADIS TEVANIAN, JR., JEROME B. YORK, WILLIAM V. CAMPBELL, ARTHUR D. LEVINSON, and MILLARD DREXLER,<br>　　　　　　　　Defendants,<br>and APPLE COMPUTER, INC.,<br>　　　　　　　　Nominal Defendant. | Case No. C06-04510-PJH<br><br>**STIPULATION AND [P**~~ROPOSED~~**] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union ("Port Authority") and Nominal Defendant Apple Computer, Inc. ("Apple") as follows:

WHEREAS, Port Authority filed its Complaint against Defendants on July 25, 2006; and

WHEREAS, Apple's undersigned counsel have obtained authorization to accept service of process on behalf of Apple and several of the individual defendants, and is in the process of seeking such authority from others, and is discussing representation issues with the individual defendants;

WHEREAS, Port Authority has agreed to extend to September 1, 2006, the time for all defendants to move or plead in response to Port Authority's Complaint;

NOW THEREFORE, pursuant to Civil Local Rule 6-1, the parties hereby stipulate as follows:

All defendants who have been served to date, and all defendants who shall subsequently accept service and request to be covered by this stipulation, shall have an extension of time to answer or otherwise respond to Plaintiff Port Authority's Complaint to September 1, 2006.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: July __, 2006 | GEORGE A. RILEY |
| 2 | | DAVID M. FURBUSH |
| | | LUANN L. SIMMONS |
| 3 | | O'MELVENY & MYERS LLP |
| 4 | | |
| 5 | | By: /s/ David M. Furbush |
| | | David M. Furbush |
| 6 | | Attorneys for Nominal Defendant |
| | | Apple Computer, Inc. |
| 7 | | |
| 8 | Dated: July 28, 2006 | STEPHEN R. BASSER |
| | | JOHN L. HAEUSSLER |
| 9 | | BARRACK, RODOS & BACINE |
| 10 | | By: _____ |
| 11 | | Stephen R. Basser |
| 12 | | Attorneys for Plaintiff |
| | | PORT AUTHORITY OF ALLEGHENY |
| 13 | | COUNTY RETIREMENT AND DISABILITY |
| | | ALLOWANCE PLAN FOR EMPLOYEES |
| 14 | | REPRESENTED BY LOCAL 85 OF THE |
| | | AMALGAMATED TRANSIT UNION |

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Stephen R. Basser.

| | | |
|---|---|---|
| 18 | Dated: July __, 2006 | GEORGE A. RILEY |
| | | DAVID M. FURBUSH |
| 19 | | LUANN L. SIMMONS |
| | | O'MELVENY & MYERS LLP |
| 20 | | |
| 21 | | |
| 22 | | By: /s/ David M. Furbush |
| | | David M. Furbush |
| 23 | | Attorneys for Defendants |

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 8/11/06 _____

Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (seal: United States District Court, Northern District of California)*