**E-filed 9/6/06**

1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California  94111
4  Telephone:   (415) 984-8700
   Facsimile:   (415) 984-8701
5  E-Mail:      griley@omm.com
                lsimmons@omm.com
6
   DAVID M. FURBUSH (State Bar No. 83447)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California  94025
   Telephone:   (650) 473-2600
9  Facsimile:   (650) 473-2601
   E-Mail:      dfurbush@omm.com
10
   Attorneys for Nominal Defendant
11 APPLE COMPUTER, INC.

12              **UNITED STATES DISTRICT COURT**

13         **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION, Derivatively on Behalf of Nominal Defendant APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN P. JOBS, MICHAEL H. SPINDLER, IAN DIERY, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH, FRED D. ANDERSON, GUERRINO DE LUCA, JONATHAN RUBINSTEIN, ROBERT CALDERONI, MITCHELL MANDICH, TIMOTHY D. COOK, RONALD B. JOHNSON, AVADIS TEVANIAN, JR., JEROME B. YORK, WILLIAM V. CAMPBELL, ARTHUR D. LEVINSON, and MILLARD DREXLER, <br><br> Defendants, <br><br> - and - <br><br> APPLE COMPUTER, <br><br> Nominal Defendant. | Case No. C 06-04510 PJH <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-04510 PJH

1    IT IS HEREBY STIPULATED by and between Plaintiff Port Authority of Allegheny
2 County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of
3 the Amalgamated Transit Union and Nominal Defendant Apple Computer, Inc., as follows:
4    WHEREAS, the undersigned parties previously agreed to extend the time for response
5 to the operative complaint to September 1, 2006;
6    WHEREAS, counsel are engaged in discussing the possibility of consolidation of this
7 matter with related cases and/or the subsequent filing of a consolidated complaint;
8    WHEREAS, the undersigned parties wish to further judicial efficiency by deferring
9 responsive pleadings until such time as consolidation issues are addressed;
10    NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties hereby stipulate
11 as follows:
12    All defendants who have been served to date, and all defendants who shall subsequently
13 accept service and request to be covered by this stipulation, shall have a further extension of time
14 to answer or otherwise respond to the Complaint to October 6, 2006.
15    IT IS SO STIPULATED.

Dated:  August 24, 2006                GEORGE A. RILEY
                                       DAVID M. FURBUSH
                                       LUANN L. SIMMONS
                                       O'MELVENY & MYERS LLP


                                       By: /s/Luann L. Simmons
                                              Luann L. Simmons

                                       Attorneys for Nominal Defendant
                                       APPLE COMPUTER, INC.

Dated:  August 24, 2006                STEPHEN R. BASSER
                                       JOHN L. HAEUSSLER
                                       BARRACK, RODOS & BACINE


                                       By:/s/Stephen R. Basser
                                              Stephen R. Basser

                                       Attorneys for Plaintiff
                                       PORT AUTHORITY OF ALLEGHENY
                                       COUNTY RETIREMENT AND DISABILITY
                                       ALLOWANCE PLAN FOR EMPLOYEES

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-04510 PJH

| | |
|---|---|
| 1 | REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION |

**CERTIFICATION OF CONCURRENCE**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Stephen R. Basser.

Dated: August 24, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: /s/Luann L. Simmons
　　　　Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/5/06

_____
The Honorable Phyllis J. Hamilton
United States District Judge
Jeremy Fogel

MP1:986098.1