1   GEORGE A. RILEY (State Bar No. 118304)
    LUANN L. SIMMONS (State Bar No. 203526)
2   O'MELVENY & MYERS LLP
    Embarcadero Center West
3   275 Battery Street
    San Francisco, California  94111
4   Telephone:   (415) 984-8700
    Facsimile:   (415) 984-8701
5   E-Mail:       griley@omm.com
                  lsimmons@omm.com
6
    DAVID M. FURBUSH (State Bar No. 83447)
7   O'MELVENY & MYERS LLP
    2765 Sand Hill Road
8   Menlo Park, California  94025
    Telephone:   (650) 473-2600
9   Facsimile:   (650) 473-2601
    E-Mail:       dfurbush@omm.com
10
    Attorneys for Nominal Defendant
11  APPLE COMPUTER, INC.

12                    **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

14                          **SAN JOSE DIVISION**

15  KELLEY BERGMAN, derivatively on behalf        Case No. C 06-05374 JW
    of APPLE COMPUTER, INC.,
16
                            Plaintiff,
17                                                **STIPULATION AND [PROPOSED]**
         v.                                       **ORDER EXTENDING TIME FOR**
18                                                **DEFENDANTS TO RESPOND TO**
    FRED D. ANDERSON, WILLIAM V.                  **COMPLAINT AND REFERRING**
19  CAMPBELL, TIMOTHY D. COOK,                    **THIS CASE TO JUDGE JEREMY**
    MILLARD DREXLER, STEVEN P. JOBS,              **FOGEL**
    RONALD B. JOHNSON, ARTHUR D.
20  LEVINSON, MITCHELL MANDICH,
    PETER OPPENHEIMER, JONATHAN
21  RUBINSTEIN, AVADIS TEVANIAN, JR.,
    JEROME B. YORK, and DOES 1 through 20,
22  inclusive,

23                          Defendants,

         - and -
24
    APPLE COMPUTER, INC.,
25
                            Nominal Defendant.
26

27

28

─────────────────────────────────────────────────────────────

1    IT IS HEREBY STIPULATED by and between Plaintiff Kelley Bergman and Nominal

2    Defendant Apple Computer, Inc., as follows:

3        WHEREAS, Bergman filed his Complaint on August 31, 2006;

4        WHEREAS, counsel are engaged in discussing the possibility of consolidation of this

5    matter with related cases and/or the subsequent filing of a consolidated complaint;

6        WHEREAS, the undersigned parties wish to further judicial efficiency by deferring

7    responsive pleadings until such time as consolidation issues are addressed;

8        WHEREAS, the undersigned parties believe and agree that pursuant to L.R. 3-12(a) the

9    instant action is related to the following actions deemed related and currently assigned to Judge

10   Jeremy Fogel: (1) *Karant v. Jobs, et al.*, Case No. C06-04128 JF; (2) *Holbert v. Anderson, et al.*,

11   Case No. C06-04454 JF; (3) *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v.*

12   *Anderson, et al.*, Case No. C06-04493 JW; (4) *Port Authority of Allegheny County Retirement*

13   *and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated*

14   *Transit Union v. Jobs, et al.*, Case No. C06-04510 PJH; (5) *Alecci v. Anderson, et al.*, Case No.

15   C06-04649; and (6) *Priebe v. Jobs, et al.*, Case No. C06-04703 WHA.

16       NOW, THEREFORE, pursuant to LR. 6-1, the undersigned parties stipulate as follows:

17       All defendants who have been served to date, and all defendants who shall subsequently

18   accept service and request to be covered by this stipulation, shall have an extension of time to

19   answer or otherwise respond to 30 days after the filing of a consolidated complaint, or in the

20   event that the Court denies a motion for consolidation, the above-described defendants shall

21   answer or otherwise respond to Bergman's Complaint no later than 30 days after such denial.

22   The parties further agree that pursuant to L.R. 3-12(a), this case is related to the above-described

23   cases assigned to Judge Jeremy Fogel, and therefore in the interest of judicial economy and

24   efficiency, the parties respectfully request that this case be referred to Judge Jeremy Fogel.

25

26

27

28

1    IT IS SO STIPULATED.

2    Dated:  September 5, 2006          GEORGE A. RILEY
                                       DAVID M. FURBUSH
3                                      LUANN L. SIMMONS
                                       O'MELVENY & MYERS LLP
4

5
                                       By:  /s/ Luann L. Simmons
6                                           _____
                                            Luann L. Simmons
7
                                       Attorneys for Nominal Defendant
8                                      APPLE COMPUTER, INC.

9    Dated:  September 5, 2006          JOSEPH W. COTCHETT
                                        BRUCE L. SIMON
10                                      MARK C. MOLUMPHY
                                        KELLY L. SOMMERFELD
11                                      COTCHETT, PITRE, SIMON &
                                            MCCARTHY
12

13
                                       By:  /s/ Mark C. Molumphy
14                                          _____
                                            Mark C. Molumphy
15
                                       Attorneys for Plaintiff
                                       KELLEY BERGMAN
16
                      **CERTIFICATION OF CONCURRENCE**
17
         I attest under penalty of perjury that concurrence in the filing of this document has been
18
     obtained from Mark C. Molumphy.
19
     Dated:  September 5, 2006          GEORGE A. RILEY
20                                      DAVID M. FURBUSH
                                        LUANN L. SIMMONS
21                                      O'MELVENY & MYERS LLP

22
                                       By:  /s/ Luann L. Simmons
23                                          _____
                                            Luann L. Simmons
24
                                       Attorneys for Nominal Defendant
25                                     APPLE COMPUTER, INC.

26

27

28

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-05374 JW

1

**[PROPOSED] ORDER**

2

3        Pursuant to stipulation, IT IS SO ORDERED.

4   Dated: _____9/8/06_____

5

6                                              _____
                                               The Honorable James Ware
7                                              United States District Judge

8   MP1:987182.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-05374 JW