**E-filed 9/26/06**

1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
   402 West Broadway, Suite 850
4  San Diego, CA  92101
   Telephone:    (619) 230-0800
5  Facsimile:    (619) 230-1874

6  Attorneys for Plaintiff, Port Authority of Allegheny County Retirement and Disability
   Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union
7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

| | |
|---|---|
| PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION, Derivatively on Behalf of Nominal Defendant APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN P. JOBS, MICHAEL H. SPINDLER, IAN DIERY, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH, FRED D. ANDERSON, GUERRINO DE LUCA, JONATHAN RUBINSTEIN, ROBERT CALDERONI, MITCHELL MANDICH, TIMOTHY D. COOK, RONALD B. JOHNSON, AVADIS TEVANIAN, JR., JEROME B. YORK, WILLIAM V. CAMPBELL, ARTHUR D. LEVINSON, and MILLARD DREXLER <br><br> Defendants, <br><br> and <br><br> APPLE COMPUTER <br><br> Nominal Defendant. | Master File No.: 3:06-cv-04510-JF <br><br><br> STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

1   Whereas the parties in the above-captioned action agree that Defendants have not yet
2   answered or moved against Plaintiffs' complaint;
3   Whereas the parties agree that there are several other derivative cases pending in this
4   court that allege almost identical facts and causes of action as the instant case;
5   Whereas the parties agree that there is no prejudice to any of the parties in the voluntary
6   dismissal of the instant action;
7   Whereas Defendants agree not to seek costs as a result of the voluntary dismissal of this
8   action; and
9   Whereas the parties agree that this stipulation is without prejudice to, and all parties
10  reserve all rights regarding, the right of any party to take any position concerning the relative
11  priority and/or propriety of proceeding with any of the putative derivative litigation involving
12  Apple that is now pending in federal and state courts, including, but not limited to, any position
13  a party may take regarding staying one action in favor of another pending action.
14  NOW THEREFORE the parties agree, pursuant to Rule 41(a) of the Federal Rules of
15  Civil Procedure, that the above-captioned action shall be, and is hereby, voluntarily dismissed
16  without prejudice.

17  DATED: September 21, 2006

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

_____
STEPHEN R. BASSER

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800

1

| | |
|---|---|
| 1 | |
| 2 | BARRACK, RODOS & BACINE |
|   | DANIEL E. BACINE |
|   | JEFFREY W. GOLAN |
|   | 3300 Two Commerce Square |
| 3 | 2001 Market Street |
|   | Philadelphia, PA 19103 |
| 4 | Telephone: (215) 963-0600 |

1  
2  
3  
4  
5  
6  
7  
8  DATED: September 2[1], 2006  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  PURSUANT TO STIPULATION, IT IS SO ORDERED.  
24  
25  DATED: _____9/26/06_____  
26  
27  
28  

BARRACK, RODOS & BACINE
DANIEL E. BACINE
JEFFREY W. GOLAN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600

Attorneys for Plaintiff, Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union

O'MELVENY & MEYERS LLP
DAVID FURBUSH
DALE EDMONDSON

_____
DALE EDMONDSON

2765 Sand Hill Road
Menlo Park, CA 94025-7019
Telephone: (650) 473-2600

Attorneys for Defendants, Steven P. Jobs, Ian Diery, James J. Buckley, Daniel L. Eilers, G. Frederick Forsyth, Fred D. Anderson, Guerrino De Luca, Jonathan Rubinstein, Robert Calderoni, Mitchell Mandich, Timothy D. Cook, Ronald B. Johnson, Avadis Tevanian, Jr., Jerome B. York, William V. Campbell, Arthur D. Levinson, Millard Drexler, and Nominal Defendant, Apple Computers, Inc.

\* \* \*

ORDER

_____
UNITED STATES DISTRICT COURT JUDGE

2

STIP. AND [PROP.] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Master File No.: 3:06-cv-04510-JF

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

*PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION v. JOBS, et al.*
Master File No.: 3:06-cv-04510-JF

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on September 21, 2006, I served a true copy of the attached:

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☐ **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL:** I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY FEDERAL EXPRESS:** I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date. It was deposited with Federal Express on that same day in the ordinary course of business and there is a regular communication via Federal Express between the place of mailing and the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of September, 2006.

*/s/ Joann D'Ambrosio*
JOANN D'AMBROSIO

## SERVICE LIST

### Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees' Represented by Local 85 of the Amalgamated Transit Union v. Jobs, et al.

### COUNSEL FOR DEFENDANTS *

David Furbush
Dale Edmondson
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

### DEFENDANT

MICHAEL SPINDLER
c/o Apple Computer, Inc.
1 Infinite Loop
Cupertino, CA 95014



* Aside from Defendant Michael Spindler